United States District Court

Eastern District of California

Ronald P. Foster,

        Plaintiff,                      No. Civ. S 04-2557 FCD PAN P

  vs.                                 Order

M.D. McDonald, et al.,

        Defendants.

                          -oOo-

    Plaintiff is a state prisoner without counsel litigating a civil rights action.

    The amended complaint states cognizable claims for relief against defendants McDonald, Davey and Andre pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b).

    Accordingly, the court hereby orders that:

    1.  Service is appropriate for defendants McDonald, Davey and Andre.

1   2.  The Clerk of the Court shall send plaintiff three USM-
285 forms, one summons, an instruction sheet and one copy of the
April 22, 2005, pleading.

3.  Within 30 days from service of this order, plaintiff
shall complete the attached Notice of Submission of Documents and
submit it to the court with the completed summons and USM-285
forms and four copies of the April 22, 2005, pleading.

4.  Upon receipt of the necessary materials, the court will
direct the United States Marshal to serve defendants McDonald,
Davey and Andre pursuant to Federal Rule of Civil Procedure 4
without payment of costs.

Dated:  May 26, 2005.

    /s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge

United States District Court

Eastern District of California

Ronald P. Foster,

       Plaintiff,           No. Civ. S 04-2557 FCD PAN P

  vs.                    Notice of Submission of Documents

M.D. McDonald, et al.,

       Defendants.

-oOo-

Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

    \_\_\_\_ completed summons form

    \_\_\_\_ completed forms USM-285

    \_\_\_\_ copies of the _____
                          Amended Complaint

Dated: _____

                                  _____
                                  Plaintiff