United States District Court

Eastern District of California

Ronald P. Foster,

        Plaintiff,                  No. Civ. S 04-2557 RRB PAN P

    vs.                            Order

M. D. McDonald, et al.,

        Defendants.

-oOo-

    December 2, 2005, defendants requested an extension of time to serve discovery responses.  Good cause appearing, defendants' request is granted and time to is extended until January 4, 2006.

    So ordered.

    Dated:  December 6, 2005.

                                        /s/ Peter A. Nowinski
                                        PETER A. NOWINSKI
                                        Magistrate Judge