United States District Court

Eastern District of California

Ronald Foster,

     Plaintiff,　　　　　　　　　No. Civ. S 04-2557 RRB PAN P

  vs.　　　　　　　　　　　　　Order

M. D. McDonald, et al.,

     Defendants.

-oOo-

    Plaintiff is a state prisoner without counsel prosecuting a civil rights action for damages and injunctive relief against prison officials.  The case proceeds on the April 22, 2005, amended complaint, which defendants answered September 13, 2005.

    June 6, 2005, plaintiff, an ex-gang member housed on single-cell status for years, moved for a temporary restraining order requiring he be returned to single-cell status.  The motion incorporates plaintiff's December 2, 2004, motion for a preliminary injunction (denied without prejudice April 8, 2005).

1  Good cause appearing, the court hereby orders that:

2  1. Plaintiff's June 6, 2005, motion for a temporary
3  restraining order is deemed filed the date of this order.

4  2. The Clerk of the Court shall serve the motion on
5  defendants.

6  3. Defendants shall respond within 30 days; plaintiff may
7  reply within 10 days thereafter.

8  Dated: December 8, 2005.

                            /s/ Peter A. Nowinski
                            PETER A. NOWINSKI
                            Magistrate Judge