IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD P. FOSTER,

      Plaintiff,                        No. CIV S-04-2557 RRB PAN P

    vs.

M.D. McDONALD, et al.,

      Defendants.                <u>ORDER</u>

_____/

        By request filed February 28, 2006, defendants seek an extension of time, nunc pro tunc, to respond to plaintiff's February 1, 2006 motion to compel further responses to discovery. Good cause appearing, defendants' request will be granted. Defendants are cautioned, however, that no further extensions of time will be granted. IT IS HEREBY ORDERED that:

        1. Defendants' February 28, 2006 request for nunc pro tunc extension of time is granted; and

        2. Defendants are granted thirty days from the date of this order in which to file

/ / /

/ / /

/ / /

1  and serve an opposition to plaintiff's February 1, 2006 motion to compel discovery. Plaintiff's
2  reply, if any, shall be filed seven days thereafter.
3  DATED: March 6, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

7  /001; fost2557.36