**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RONALD FOSTER,<br><br>             Plaintiff,<br><br>vs.<br><br>M.C. McDONALD, <u>et al.</u>,<br><br>             Defendants. | No. 2:04-CV-2557-RRB-PAN-P<br><br>**<u>ORDER</u>** |

Plaintiff Ronald Foster ("Plaintiff"), a state prisoner filing pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

On August 17, 2006, Magistrate Judge John F. Moulds filed Findings & Recommendations (Docket No. 48) herein, which were served on all parties and which contained notice to all parties that any objections to the same were to be filed within twenty days. Neither party has filed objections to the Findings & Recommendations.

ORDER DISMISSING PLAINTIFF'S ACTION - 1
2:04-CV-2557-RRB-PAN-P

The Court has reviewed the file and finds the Findings & Recommendations (Docket No. 48) to be supported by the record and by proper analysis.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The Findings & Recommendations at **Docket No. 48**, filed on August 17, 2006, are adopted in full; and

2. Plaintiff's December 8, 2005, Motion for Temporary Restraining Order at **Docket No. 13** is **DENIED**.

**ENTERED** this 13th day of September, 2006.

//s//
_____
RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE

ORDER DISMISSING PLAINTIFF'S ACTION - 2
2:04-CV-2557-RRB-PAN-P