IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD P. FOSTER,

    Plaintiff,                      No. CIV S-04-2557 RRB EFB

    vs.

M.D. McDONALD, et al.,

    Defendants.                ORDER

                              /

Plaintiff is a state prisoner prosecuting this civil rights action without counsel. Pursuant to the March 8, 2006, schedule, plaintiff's pretrial statement was due on or before November 17, 2006, defendants' pretrial statement was due on or before December 1, 2006, pretrial conference was set for December 8, 2006, and trial is set for March 5, 2007.

Since cross-motions for summary judgment are pending, the above dates are vacated. *See* Fed. R. Civ. P. 16(b). The dates will be reset, if appropriate, following disposition of the summary judgment motions.

So ordered.

Dated: February 20, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE