UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD P. FOSTER,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>M. D. MCDONALD; et al.,<br><br>    Defendants - Appellees. | No. 07-15744<br>D.C. No. CV-04-02557-RRB<br><br><br>**ORDER** |

This appeal has been taken in good faith [ ]

This appeal is ~~not taken in good faith~~ [✓]
       frivolous.

Explanation: In light of *Edwards v. Balisok*, 520 U.S. 641 (1997), the Court deems the appeal frivolous. See 28 U.S.C. § 1915(a)(3).

*[signature]*
Judge
United States District Court

Date: 24 May 07